UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FRANCIS AULETA,

                              Plaintiff,

                                                                                           DECISION AND ORDER

                                                                                           09-CV-6612L

                    v.

BRIAN FISCHER, Commissioner of the
New York State Department of Corrections and
Community Supervision, et al.,

                              Defendants.
_____

       The Court will hold plaintiff's motion for partial summary judgment (Dkt. #235) in abeyance until plaintiff's motion to amend the complaint (Dkt. #284) is decided by Magistrate Judge Payson. Upon entry of such decision, defendant will have fourteen (14) days to file an additional response to plaintiff's motion for partial summary judgment.

       IT IS SO ORDERED.

                                                         _____
                                                              DAVID G. LARIMER
                                                           United States District Judge

Dated: Rochester, New York
         February 8, 2013.